AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

| | | |
|---|---|---|
| NICOLE KUSS | ) | ORIGINAL |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| HALSTED FINANCIAL SERVICES, LLC | ) ) | **11 CV 0676** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HALSTEAD FINANCIAL SERVICES, LLC
1822 N. Ridge Avenue #120
Evanston, Illinois 60201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue, Suite 1A
Amherst, New York, 14226
(716)564-3288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **AUG 1 1 2011**

_____
*Signature of Clerk or Deputy Clerk*

.O 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

**Civil Action No.**

~~**PROOF OF SERVICE**~~

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Holsted Financial Svcs, % Syed Ali
was received by me on *(date)* 9-1-11 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Posted service by affixing summons and
complaint on door of abode at
8548 Karlov Ave., Skokie, FL 60076
and mailing a copy by 1st class mail

POSTED

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-1-11

_____
Server's signature

Dac Doyle
_____
Printed name and title

1780 Clybourn, Chicago IL 60614
_____
Server's address

Additional information regarding attempted service, etc: